# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 422-157 |
| | ) | |
| JAMES ANDRE WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter came before the Court on the Government's Motion for an Amended Order of Restitution, dkt. no. 38, where it requests an Order that all payments received from Defendant James Andre Wright, up to $82,607.00 of the $140,747.00 be applied jointly and severally to the restitution ordered in <u>United States v. Kamario Thomas</u>, No. 6:22cr015 (S.D. Ga.), dkt. no. 33.

Based upon the Government's motion, and all the files and records of the proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Motion for an Amended Order of Restitution, dkt. no. 38, is **GRANTED**; and

2. The Clerk of Court is **DIRECTED** to apply any sums received from Defendant James Andre Wright, up to $82,607.00, jointly and severally towards the restitution obligation imposed on Defendant Kamario Thomas in case number 6:22cr015, dkt. no. 33 at 7.

**SO ORDERED** this 2 day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA