PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Crim. No.   4:22CR00157-1

James Andre Wright

On June 21, 2023, the above named was placed on supervised release for a period of two years.  He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that James Andre Wright be discharged from supervision.

Respectfully submitted,

Ervin G. Frazier, II
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____15_____ day of October, 2024.

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE